No. 98–7818.  WHITAKER v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 98–7820.  JOHNSON v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 98–7822.  MITCHELL v. ROGERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 98–7825.  MOST v. BERSIN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7829.  BERGMANN v. SMITH, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 98–7830.  BERNTSON v. INDIANA DIVISION OF FAMILY AND CHILDREN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–7832.  REESE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7834.  ROBENSON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 98–7851.  WIGGINS v. SQUIRES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–7854.  SHAIKH v. HABIB BANK LTD.  C. A. 2d Cir. Certiorari denied.

No. 98–7871.  GONZALEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–7872.  GRIFFITH v. GOTTHELF ET AL.  C. A. 2d Cir. Certiorari denied.

No. 98–7875.  SHIBATA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–7876.  TRIPATI v. ARIZONA (two judgments).  Sup. Ct. Ariz.  Certiorari denied.

No. 98–7880.  COOKS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.